IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OBIE MacFRANKLIN BATTIE**  **PLAINTIFF**
**ADC #652832**

v.                            No: 4:21-cv-00810-LPR

**BARNETT**  **DEFENDANT**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. 6), and the Objections filed by Mr. Battie. After a careful and *de novo* review of the PFR, the Objections, and the entire record in this case, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Mr. Battie's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order adopting this recommendation and accompanying Judgment would not be taken in good faith

Dated this 3rd day of November 2021.

                                                                                                     _____
                                                                                                     LEE P. RUDOFSKY
                                                                                                     UNITED STATES DISTRICT JUDGE