### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**OBIE MacFRANKLIN BATTIE**                                                          **PLAINTIFF**
**ADC #652832**

**v.**                                    **No: 4:21-cv-00810-LPR**

**BARNETT**                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Obie MacFranklin Battie's Complaint is dismissed without prejudice.  Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE